ABRAMS *v.* MAYOR AND COUNCIL OF WAYCROSS *et al.*

SIMMONS, C. J. The allegations of the plaintiff's petition showing clearly that he was at fault and could by the exercise of ordinary care have avoided the injury, the court did not err in dismissing the petition upon demurrer.

*Judgment affirmed. All the Justices concurring.*

Argued January 11, — Decided February 6, 1902.

Action for damages. Before Judge Bennet. Ware superior court. February 13, 1901.

*John T. Myers* and *J. L. Sweat*, for plaintiff.
*W. E. Kay* and *J. C. McDonald*, for defendants.